UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DEBORAH FRANK,**

    **Plaintiff,**

v.                                                        Case No: 8:19-cv-00995-MSS-CPT

**VERIZON COMMUNICATIONS INC.,**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT PENDING

**COMES NOW**, Plaintiff, **DEBORAH FRANK**, by and through the undersigned counsel, and hereby submits this Notice of Settlement Pending pursuant to Local Rule 3.08 (a) and states that Plaintiff and Defendant, **VERIZON COMMUNICATIONS INC.**, have reached a settlement with regard to the instant case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon finalization of the same, the parties will immediately file the appropriate dismissal documents with the Court.

Respectfully submitted on this **29th day** of **May, 2019,**

                                                      */s/ Kaelyn Steinkraus*
                                                      Kaelyn Steinkraus, Esq.
                                                      Florida Bar No. 125132
                                                      kaelyn@zieglerlawoffice.com

                                                      Michael A. Ziegler, Esq.
                                                      Florida Bar No. 74864
                                                      mike@zieglerlawoffice.com

                                                      **Law Office of Michael A. Ziegler, P.L.**
                                                      2561 Nursery Road, Ste. A
                                                      Clearwater, FL 33764
                                                      (p)  (727) 538-4188
                                                      (f)  (727) 362-4778
                                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this **29** day of **May, 2019**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                          */s/ Kaelyn Steinkraus*
                          Kaelyn Steinkraus, Esq.
                          Florida Bar No. 125132