UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBORAH FRANK,

    Plaintiff,

v.                                                      Case No: 8:19-cv-995-T-35CPT

VERIZON COMMUNICATIONS, INC.,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 29, 2019, the Plaintiff filed a Notice of Settlement Pending, informing the Court that the Parties have reached a settlement and are "presently drafting, finalizing, and executing the settlement and dismissal documents." (Dkt. 9) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of May, 2019.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party